

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TEXAS DEPARTMENT OF TRANSPORTATION, | § | No. 08-23-00148-CV |
| | § | Appeal from the |
| Appellant, | § | County Court at Law No. 3 |
| v. | § | of El Paso County, Texas |
| MICHAEL BAGG, | § | (TC# 2018-DCV-1231) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and render judgment in favor of Appellant.

We further order that Appellant recover from Appellee all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF OCTOBER 2024.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox and Soto, JJ.